UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

IN THE MATTER OF THE SEARCH OF: ) NO.1:14MJ12
)
THE RESIDENCE AT 144 WILLIARD LANE )
HENDERSONVILLE, NC )
)
)
)
)

## ORDER UNSEALING SEARCH AND SEIZURE WARRANT AND AFFIDAVIT AND APPLICATION

UPON MOTION of the United States of America, by and through the United States Attorney for the Western District of North Carolina, for an order directing that the Search and Seizure Warrant and Affidavit and Application, and the Motion to Seal and this Order be unsealed,

**IT IS HEREBY ORDERED** that the Search and Seizure Warrant and Affidavit and Application, the Motion to Seal, and the Order to Seal, are unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 8th day of September, 2016.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA